# EXHIBIT A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form.<br><br>#  | AGENCY<br>☒ IDHR<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINT (indicate Mr. Ms. Mrs.)<br><br>Martin Chaidez | TELEPHONE NUMBER (include area code)<br><br>Counsel: 773-881-9000 | |
|---|---|---|
| STREET ADDRESS<br><br>Bizzieri Law Offices, 10258 South Western, Ste. 210 | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME OF RESPONDENT<br><br>Ford Motor Company, Harvey, Illinois | NUMBER OF EMPLOYEES, MEMBERS +15 | TELEPHONE NUMBER (include area code)<br><br>773-646-3100 | |
|---|---|---|---|
| STREET ADDRESS<br><br>12600 South Torrence Avenue | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois 60633 | | COUNTY<br><br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br><br>Discrimination in hiring based on race and/or national origin | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>August-November 2015<br>☐ CONTINUING ACTION |
|---|---|

### S E E   A T T A C H E D

Page 1 of 2

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS __7__ DAY OF __March__, __2016__

_Christopher L. Panio_
NOTARY SIGNATURE

OFFICIAL SEAL
CHRISTOPHER L PANIO
Notary Public - State of Illinois
My Commission Expires Mar 3, 2019

NOTARY STAMP

X __Marty Chaidez__  3/7/16
SIGNATURE OF COMPLAINANT    (DATE)

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief

EEO-5 FORM (Rev. 05/14-INT)

## PARTICULARS

1. I am an individual of Hispanic origin.
2. On August 13, 2015 I applied to be a line worker at the Ford Motor Company plant in Harvey, Illinois ("Ford") through the Harvey, Illinois unemployment office.
3. I filled out a pre-application questionnaire.
4. I am qualified for the position of line worker.
5. Several months after my application, I received a letter from Ford and was informed that I was not hired.
6. Beginning in or around 2013, Allan Millender, African-American, became responsible for establishing hiring practices at Ford.
7. Allan Millender was granted this position despite having been terminated based charges of discrimination against him. Millender was reinstated and has since been allowed by Ford to continue his discriminatory practices, specifically, in the area of hiring.
8. As part of the hiring process Millender established, line workers were allegedly exclusively hired through the Harvey, Illinois unemployment office.
9. By agreement with the Harvey unemployment office, Hispanic applicants are allowed to apply and take pre-employment tests, but rarely pass basic skills testing.
10. In the event that Hispanic applicants do pass basic skills testing, their application process is stalled in some other way to preclude employment at Ford.
11. Indeed, the Hispanic applicants that are considered by Ford are rarely, if ever hired.
12. Mr. Millender's agreement with the Harvey unemployment office has ensured a gross underrepresentation of Hispanic workers at Ford.
13. Local towns boast the following Hispanic populations: Hammond, Indiana (34%), Calumet City, Illinois (15%); Dixmoor, Illinois (46.6%), Midlothian, Illinois (20%), Harvey, Illinois (19%).
14. Ford and its agent Millender have created a process to either intentionally discriminate against Complainant on the basis of his race and/or have created a hiring process that has a disparate impact on Hispanic applicants.
15. Complainant is aware of several other, non-Hispanic individuals, who have been hired at Ford without having to take a basic skills test or otherwise go through pre-employment testing.
16. Complainant is aware of several other, non-Hispanic individuals, who have been hired through the Harvey, Illinois unemployment office.

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form.<br><br># | AGENCY<br>☒ IDHR<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINT (indicate Mr. Ms. Mrs.)<br><br>Stephanie Galan | | TELEPHONE NUMBER (include area code)<br><br>Counsel: 773-881-9000 | |
|---|---|---|---|
| STREET ADDRESS<br><br>Bizzieri Law Offices, 10258 South Western, Ste. 210 | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois | | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME OF RESPONDENT<br><br>Ford Motor Company, Harvey, Illinois | NUMBER OF EMPLOYEES, MEMBERS +15 | TELEPHONE NUMBER (include area code)<br><br>773-646-3100 | |
|---|---|---|---|
| STREET ADDRESS<br><br>12600 South Torrence Avenue | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois 60633 | | COUNTY<br><br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br><br><br>Discrimination in hiring based on race and/or national origin | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>August-November 2015<br><br>☐ CONTINUING ACTION |
|---|---|

### S E E  A T T A C H E D

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS 18 DAY OF February, 2016.<br><br>Christopher L. Panio<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>CHRISTOPHER L PANIO<br>Notary Public - State of Illinois<br>My Commission Expires Mar 3, 2019<br><br>NOTARY STAMP | x Stephanie Galan    2-18-16<br>SIGNATURE OF COMPLAINANT    DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 05/14-INT)

## PARTICULARS

1. I am an individual of Hispanic origin.
2. On August 13, 2015, and in September 2015, I applied to be a line worker at the Ford Motor Company plant in Harvey, Illinois ("Ford") through the Harvey, Illinois unemployment office.
3. I filled out a pre-application questionnaire and took a pre-employment basic skills test.
4. I am qualified for the position of line worker.
5. Several months after my application, I received a letter from Ford and was informed that I was not hired.
6. Beginning in or around 2013, Allan Millender, African-American, became responsible for establishing hiring practices at Ford.
7. Allan Millender was granted this position despite having been terminated based charges of discrimination against him. Millender was reinstated and has since been allowed by Ford to continue his discriminatory practices, specifically, in the area of hiring.
8. As part of the hiring process Millender established, line workers were allegedly exclusively hired through the Harvey, Illinois unemployment office.
9. By agreement with the Harvey unemployment office, Hispanic applicants are allowed to apply and take pre-employment tests, but rarely pass basic skills testing.
10. In the event that Hispanic applicants do pass basic skills testing, their application process is stalled in some other way to preclude employment at Ford.
11. Indeed, the Hispanic applicants that are considered by Ford are rarely, if ever hired.
12. Mr. Millender's agreement with the Harvey unemployment office has ensured a gross underrepresentation of Hispanic workers at Ford.
13. Local towns boast the following Hispanic populations: Hammond, Indiana (34%), Calumet City, Illinois (15%); Dixmoor, Illinois (46.6%), Midlothian, Illinois (20%), Harvey, Illinois (19%).
14. Ford and its agent Millender have created a process to either intentionally discriminate against Complainant on the basis of her race and/or have created a hiring process that has a disparate impact on Hispanic applicants.
15. Complainant is aware of several other, non-Hispanic individuals, who have been hired at Ford without having to take a basic skills test or otherwise go through pre-employment testing.
16. Complainant is aware of several other, non-Hispanic individuals, who have been hired through the Harvey, Illinois unemployment office.

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form.<br><br># | AGENCY<br>☒ IDHR<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINT (indicate Mr. Ms. Mrs.)<br><br>Jessica Galan | | TELEPHONE NUMBER (include area code)<br><br>Counsel: 773-881-9000 | |
|---|---|---|---|
| STREET ADDRESS<br><br>Bizzieri Law Offices, 10258 South Western, Ste. 210 | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois | | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME OF RESPONDENT<br><br>Ford Motor Company, Harvey, Illinois | NUMBER OF EMPLOYEES, MEMBERS +15 | TELEPHONE NUMBER (include area code)<br><br>773-646-3100 | |
|---|---|---|---|
| STREET ADDRESS<br><br>12600 South Torrence Avenue | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois 60633 | | COUNTY<br><br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br><br>Discrimination in hiring based on race and/or national origin | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>August-November 2015<br>☐ CONTINUING ACTION |
|---|---|

S E E   A T T A C H E D

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS _18_ DAY OF _February_, _2016_.<br><br>_Christopher L. Panio_<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>CHRISTOPHER L PANIO<br>Notary Public - State of Illinois<br>My Commission Expires Mar 3, 2019<br><br>NOTARY STAMP | X_____   2/18/16<br>SIGNATURE OF COMPLAINANT   DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 05/14-INT)

## PARTICULARS

1. I am an individual of Hispanic origin.
2. On August 13, 2015 and in September 2015, I applied to be a line worker at the Ford Motor Company plant in Harvey, Illinois ("Ford") through the Harvey, Illinois unemployment office.
3. I filled out a pre-application questionnaire.
4. I am qualified for the position of line worker.
5. I never received any further information about potential employment at Ford from Ford, or the Harvey unemployment office.
6. Later in 2015, I returned to the Harvey, Illinois unemployment office and I sought employment at Ford. I was instructed to go online to the Illinois Department of Employment Security website to apply. I did so and was never contacted for a position of line worker.
7. Beginning in or around 2013, Allan Millender, African-American, became responsible for establishing hiring practices at Ford.
8. Allan Millender was granted this position despite having been terminated based charges of discrimination against him. Millender was reinstated and has since been allowed by Ford to continue his discriminatory practices, specifically, in the area of hiring.
9. As part of the hiring process Millender established, line workers were allegedly exclusively hired through the Harvey, Illinois unemployment office.
10. By agreement with the Harvey unemployment office, Hispanic applicants are allowed to apply and take pre-employment tests, but rarely pass basic skills testing.
11. In the event that Hispanic applicants do pass basic skills testing, their application process is stalled in some other way to preclude employment at Ford.
12. Indeed, the Hispanic applicants that are considered by Ford are rarely, if ever hired.
13. Mr. Millender's agreement with the Harvey unemployment office has ensured a gross underrepresentation of Hispanic workers at Ford.
14. Local towns boast the following Hispanic populations: Hammond, Indiana (34%), Calumet City, Illinois (15%); Dixmoor, Illinois (46.6%), Midlothian, Illinois (20%), Harvey, Illinois (19%).
15. Ford and its agent Millender have created a process to either intentionally discriminate against Complainant on the basis of her race and/or have created a hiring process that has a disparate impact on Hispanic applicants.
16. Complainant is aware of several other, non-Hispanic individuals, who have been hired at Ford without having to take a basic skills test or otherwise go through pre-employment testing.
17. Complainant is aware of several other, non-Hispanic individuals, who have been hired through the Harvey, Illinois unemployment office.

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form.<br><br># | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINT (indicate Mr. Ms. Mrs.)<br><br>Kevin Zuniga | TELEPHONE NUMBER (include area code)<br><br>Counsel: 773-881-9000 | |
|---|---|---|
| STREET ADDRESS<br><br>Bizzieri Law Offices, 10258 South Western, Ste. 210 | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME OF RESPONDENT<br><br>Ford Motor Company, Harvey, Illinois | NUMBER OF EMPLOYEES, MEMBERS +15 | TELEPHONE NUMBER (include area code)<br><br>773-646-3100 |
|---|---|---|
| STREET ADDRESS<br><br>12600 South Torrence Avenue | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois 60633 | COUNTY<br><br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br><br>Discrimination in hiring based on race and/or national origin | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>June 2014-August 2015<br>☒ CONTINUING ACTION |
|---|---|

<u>S E E   A T T A C H E D</u>

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS _18_ DAY OF _February_, 2016.<br><br>_Christopher L. Panio_<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>CHRISTOPHER L PANIO<br>Notary Public - State of Illinois<br>My Commission Expires Mar 3, 2019<br><br>NOTARY STAMP | X _Kevin [signature]_    2/18/16<br>SIGNATURE OF COMPLAINANT    DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 05/14-INT)

## PARTICULARS

1. I am an individual of Hispanic origin.
2. In September 2014 and August 2015, I applied to be a line worker at the Ford Motor Company plant in Harvey, Illinois ("Ford") through the Harvey, Illinois unemployment office.
3. I filled out a pre-application questionnaire.
4. I am qualified for the position of line worker.
5. I have never received word from the Harvey unemployment office or Ford as to the status of my application and I have not been hired. However, since the time of my applications I am aware that multiple classes have been hired to be line workers at Ford through the Harvey unemployment office.
6. Beginning in or around 2013, Allan Millender, African-American, became responsible for establishing hiring practices at Ford.
7. Allan Millender was granted this position despite having been terminated based charges of discrimination against him. Millender was reinstated and has since been allowed by Ford to continue his discriminatory practices, specifically, in the area of hiring.
8. As part of the hiring process Millender established, line workers were allegedly exclusively hired through the Harvey, Illinois unemployment office.
9. By agreement with the Harvey unemployment office, Hispanic applicants are allowed to apply and take pre-employment tests, but rarely pass basic skills testing.
10. In the event that Hispanic applicants do pass basic skills testing, their application process is stalled in some other way to preclude employment at Ford.
11. Indeed, the Hispanic applicants that are considered by Ford are rarely, if ever hired.
12. Mr. Millender's agreement with the Harvey unemployment office has ensured a gross underrepresentation of Hispanic workers at Ford.
13. Local towns boast the following Hispanic populations: Hammond, Indiana (34%), Calumet City, Illinois (15%); Dixmoor, Illinois (46.6%), Midlothian, Illinois (20%), Harvey, Illinois (19%).
14. Ford and its agent Millender have created a process to either intentionally discriminate against Complainant on the basis of her race and/or have created a hiring process that has a disparate impact on Hispanic applicants.
15. Complainant is aware of several other, non-Hispanic individuals, who have been hired at Ford without having to take a basic skills test or otherwise go through pre-employment testing.
16. Complainant is aware of several other, non-Hispanic individuals, who have been hired through the Harvey, Illinois unemployment office.

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form.<br><br># | AGENCY<br>☒ IDHR<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINT (indicate Mr. Ms. Mrs.)<br><br>Antonio Zuniga | TELEPHONE NUMBER (include area code)<br><br>Counsel: 773-881-9000 | |
|---|---|---|
| STREET ADDRESS<br><br>Bizzieri Law Offices, 10258 South Western, Ste. 210 | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME OF RESPONDENT<br><br>Ford Motor Company, Harvey, Illinois | NUMBER OF EMPLOYEES, MEMBERS +15 | TELEPHONE NUMBER (include area code)<br><br>773-646-3100 | |
|---|---|---|---|
| STREET ADDRESS<br><br>12600 South Torrence Avenue | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois 60633 | | COUNTY<br><br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br><br>Discrimination in hiring based on race and/or national origin | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>June 2014-August 2015<br>☒ CONTINUING ACTION |
|---|---|

S E E   A T T A C H E D

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS _18_ DAY OF _February_, _2016_.<br><br>_Christoph L. Panio_<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>CHRISTOPHER L PANIO<br>Notary Public - State of Illinois<br>My Commission Expires Mar 3, 2019<br><br>NOTARY STAMP | X _[signature]_   2/18/16<br>SIGNATURE OF COMPLAINANT   DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 05/14-INT)

## PARTICULARS

1. I am an individual of Hispanic origin.
2. In September 2014 and August 2015, I applied to be a line worker at the Ford Motor Company plant in Harvey, Illinois ("Ford") through the Harvey, Illinois unemployment office.
3. I filled out a pre-application questionnaire.
4. I am qualified for the position of line worker.
5. I have never received word from the Harvey unemployment office or Ford as to the status of my application and I have not been hired. However, since the time of my applications I am aware that multiple classes have been hired to be line workers at Ford through the Harvey unemployment office.
6. Beginning in or around 2013, Allan Millender, African-American, became responsible for establishing hiring practices at Ford.
7. Allan Millender was granted this position despite having been terminated based charges of discrimination against him. Millender was reinstated and has since been allowed by Ford to continue his discriminatory practices, specifically, in the area of hiring.
8. As part of the hiring process Millender established, line workers were allegedly exclusively hired through the Harvey, Illinois unemployment office.
9. By agreement with the Harvey unemployment office, Hispanic applicants are allowed to apply and take pre-employment tests, but rarely pass basic skills testing.
10. In the event that Hispanic applicants do pass basic skills testing, their application process is stalled in some other way to preclude employment at Ford.
11. Indeed, the Hispanic applicants that are considered by Ford are rarely, if ever hired.
12. Mr. Millender's agreement with the Harvey unemployment office has ensured a gross underrepresentation of Hispanic workers at Ford.
13. Local towns boast the following Hispanic populations: Hammond, Indiana (34%), Calumet City, Illinois (15%); Dixmoor, Illinois (46.6%), Midlothian, Illinois (20%), Harvey, Illinois (19%).
14. Ford and its agent Millender have created a process to either intentionally discriminate against Complainant on the basis of her race and/or have created a hiring process that has a disparate impact on Hispanic applicants.
15. Complainant is aware of several other, non-Hispanic individuals, who have been hired at Ford without having to take a basic skills test or otherwise go through pre-employment testing.
16. Complainant is aware of several other, non-Hispanic individuals, who have been hired through the Harvey, Illinois unemployment office.

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form.<br><br>#  | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINT (indicate Mr. Ms. Mrs.)<br><br>Antoinette DelReal | TELEPHONE NUMBER (include area code)<br><br>Counsel: 773-881-9000 | |
|---|---|---|
| STREET ADDRESS<br><br>Bizzieri Law Offices, 10258 South Western, Ste. 210 | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME OF RESPONDENT<br><br>Ford Motor Company, Harvey, Illinois | NUMBER OF EMPLOYEES, MEMBERS +15 | TELEPHONE NUMBER (include area code)<br><br>773-646-3100 |
|---|---|---|
| STREET ADDRESS<br><br>12600 South Torrence Avenue | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois 60633 | COUNTY<br><br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>Discrimination in hiring based on race and/or national origin | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>September 2014-August 2015<br>☒ CONTINUING ACTION |
|---|---|

### S E E   A T T A C H E D

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS __18__ DAY OF __February__, __2016__.<br><br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>CHRISTOPHER L PANIO<br>Notary Public - State of Illinois<br>My Commission Expires Mar 3, 2019<br><br>NOTARY STAMP | X _____  2/18/16<br>SIGNATURE OF COMPLAINANT      DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 05/14-INT)

## PARTICULARS

1. I am an individual of Hispanic origin.
2. In September 2014, February 2015, and August 2015, I applied to be a line worker at the Ford Motor Company plant in Harvey, Illinois ("Ford") through the Harvey, Illinois unemployment office.
3. I filled out a pre-application questionnaire.
4. I am qualified for the position of line worker.
5. I have never received word from the Harvey unemployment office or Ford as to the status of my application and I have not been hired. However, since the time of my applications I am aware that multiple classes have been hired to be line workers at Ford through the Harvey unemployment office.
6. Beginning in or around 2013, Allan Millender, African-American, became responsible for establishing hiring practices at Ford.
7. Allan Millender was granted this position despite having been terminated based charges of discrimination against him. Millender was reinstated and has since been allowed by Ford to continue his discriminatory practices, specifically, in the area of hiring.
8. As part of the hiring process Millender established, line workers were allegedly exclusively hired through the Harvey, Illinois unemployment office.
9. By agreement with the Harvey unemployment office, Hispanic applicants are allowed to apply and take pre-employment tests, but rarely pass basic skills testing.
10. In the event that Hispanic applicants do pass basic skills testing, their application process is stalled in some other way to preclude employment at Ford.
11. Indeed, the Hispanic applicants that are considered by Ford are rarely, if ever hired.
12. Mr. Millender's agreement with the Harvey unemployment office has ensured a gross underrepresentation of Hispanic workers at Ford.
13. Local towns boast the following Hispanic populations: Hammond, Indiana (34%), Calumet City, Illinois (15%); Dixmoor, Illinois (46.6%), Midlothian, Illinois (20%), Harvey, Illinois (19%).
14. Ford and its agent Millender have created a process to either intentionally discriminate against Complainant on the basis of her race and/or have created a hiring process that has a disparate impact on Hispanic applicants.
15. Complainant is aware of several other, non-Hispanic individuals, who have been hired at Ford without having to take a basic skills test or otherwise go through pre-employment testing.
16. Complainant is aware of several other, non-Hispanic individuals, who have been hired through the Harvey, Illinois unemployment office.

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy Act Statement before completing this form.<br><br>  # | AGENCY<br>☒ IDHR<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINT (indicate Mr. Ms. Mrs.)<br><br>Stacy DelReal | | TELEPHONE NUMBER (include area code)<br><br>Counsel: 773-881-9000 | |
|---|---|---|---|
| STREET ADDRESS<br><br>Bizzieri Law Offices, 10258 South Western, Ste. 210 | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois | | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE, LIST BELOW)

| NAME OF RESPONDENT<br><br>Ford Motor Company, Harvey, Illinois | NUMBER OF EMPLOYEES, MEMBERS +15 | TELEPHONE NUMBER (include area code)<br><br>773-646-3100 | |
|---|---|---|---|
| STREET ADDRESS<br><br>12600 South Torrence Avenue | CITY, STATE, ZIP CODE<br><br>Chicago, Illinois 60633 | | COUNTY<br><br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br><br>Discrimination in hiring based on race and/or national origin | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br><br>September 2014-August 2015<br>☒ CONTINUING ACTION |
|---|---|

S E E   A T T A C H E D

Page 1 of 2

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br><br>THIS  18  DAY OF  February , 2016.<br><br>_Christoph Panio_<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>CHRISTOPHER L PANIO<br>Notary Public - State of Illinois<br>My Commission Expires Mar 3, 2019<br><br>NOTARY STAMP | X _Stacy D. DelReal_   02-18-2016<br>SIGNATURE OF COMPLAINANT   DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that is is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 05/14-INT)

## PARTICULARS

1. I am an individual of Hispanic origin.
2. In September 2014, February 2015, and August 2015, I applied to be a line worker at the Ford Motor Company plant in Harvey, Illinois ("Ford") through the Harvey, Illinois unemployment office.
3. I filled out a pre-application questionnaire.
4. I am qualified for the position of line worker.
5. I have never received word from the Harvey unemployment office or Ford as to the status of my application and I have not been hired. However, since the time of my applications I am aware that multiple classes have been hired to be line workers at Ford through the Harvey unemployment office.
6. Beginning in or around 2013, Allan Millender, African-American, became responsible for establishing hiring practices at Ford.
7. Allan Millender was granted this position despite having been terminated based charges of discrimination against him. Millender was reinstated and has since been allowed by Ford to continue his discriminatory practices, specifically, in the area of hiring.
8. As part of the hiring process Millender established, line workers were allegedly exclusively hired through the Harvey, Illinois unemployment office.
9. By agreement with the Harvey unemployment office, Hispanic applicants are allowed to apply and take pre-employment tests, but rarely pass basic skills testing.
10. In the event that Hispanic applicants do pass basic skills testing, their application process is stalled in some other way to preclude employment at Ford.
11. Indeed, the Hispanic applicants that are considered by Ford are rarely, if ever hired.
12. Mr. Millender's agreement with the Harvey unemployment office has ensured a gross underrepresentation of Hispanic workers at Ford.
13. Local towns boast the following Hispanic populations: Hammond, Indiana (34%), Calumet City, Illinois (15%); Dixmoor, Illinois (46.6%), Midlothian, Illinois (20%), Harvey, Illinois (19%).
14. Ford and its agent Millender have created a process to either intentionally discriminate against Complainant on the basis of her race and/or have created a hiring process that has a disparate impact on Hispanic applicants.
15. Complainant is aware of several other, non-Hispanic individuals, who have been hired at Ford without having to take a basic skills test or otherwise go through pre-employment testing.
16. Complainant is aware of several other, non-Hispanic individuals, who have been hired through the Harvey, Illinois unemployment office.